IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRANGE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACKS SERVICE STATION; MICHAEL EDWARDS; and THERESA D. CARROLL, Surviving Parent of Carlton Joseph Carney, Deceased,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 4:24-cv-102 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal without Prejudice," signed and filed by counsel for Plaintiff and counsel for all Defendants, in which the parties stipulate to the voluntary dismissal of this matter without prejudice. (Doc. 14.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA